**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM WILLIAMS | } | |
| | } | |
| Vs. | } | CA No.05 369ML |
| | } | |
| GLOBAL AEROSPACE, INC., | } | |
| d/b/a GLOBAL AEROSPACE | } | |

**AFFIDAVIT OF SERVICE**

I, Mark H. Grimm, hereby make affidavit and state under oath as follows:

1. I am the attorney for the Plaintiff in the above captioned matter.

2. On September 2, 2005 I sent a Summons together with a copy of the Complaint in this matter to Prentice-Hall Corporation Systems, Inc., registered agent for Global Aerospace Inc., via certified mail, return receipt request. A copy of the Summons and Complaint as sent is attached to this affidavit as Exhibit "A".

3. That I received a return receipt ("green card") indicating receipt of the Summons and Complaint by the agent for service on September 6, 2005. The original of the green card is attached to this Affidavit as Exhibit "B".

4. That I performed service of the Summons and Complaint by certified mail, return receipt requested, in accordance with Rule 4 of the Federal Rules of Civil Procedure and RI Civ.P. Rule 4.

Date: 9-19-05

Mark H. Grimm

Subscribed and sworn to before me under the penalties of perjury on this 19th day of Sept, 2005.

Notary Public
My Commission Exp: 2006