AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

WILLIAM WILLIAMS

V.

GLOBAL AEROSPACE, INC.,
d/b/a/ GLOBAL AEROSPACE

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 369ML

TO: (Name and address of defendant) GLOBAL AEROSPACE, INC.,
d/b/a GLOBAL AEROSPACE

Please searve through: The Prentice-Hall Corporation System, INc
2711 Centerville Road Suite 400
Wilmington, DE 19808
302-636-5400

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark H. Grimm, Esquire
Vincent D. Morgera, Ltd.
One Turks Head Place Suite 1110
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE August 26, 2005

Francis McCabe
(BY) DEPUTY CLERK

Exhibit 'A'