SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Global Aerospace, Inc.
d/b/a/ GLOBAL AEROSPACE
c/o The Prentice-Hall Corporation System, Inc
2711 Centerville Road, Suite 400
Wilmington, DE 19808-1645

SEP 8 2005

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON, DE
SEP - 6 2005
USPS - 19808

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 1010 0001 7756 2820

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

Exhibit 'B'