UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JAN 25 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| WILLIAM WILLIAMS, Plaintiff, | : | |
| v. | : | C.A. No. 05-369ML |
| GLOBAL AEROSPACE, INC., d/b/a GLOBAL AEROSPACE, Defendant. | : | |

**DISMISSAL STIPULATION**

Plaintiff William Williams and Defendant Global Aerospace, Inc., by and through the undersigned counsel, hereby stipulate that the within action may be dismissed with prejudice, no costs to either party.

WILLIAM WILLIAMS

By his Attorneys,

[signature]

Vincent D. Morgera (#2052)
Mark H. Grimm (#3130)
VINCENT D. MORGERA, Ltd.
One Turks Head Place, Suite 1110
Providence, RI 02903
(401) 456-0300
(4010 421-3005 (fax)

Date: 12/30/05

GLOBAL AEROSPACE, INC.

By its Attorneys,

[signature]

Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Date: 01/25/06

Enter:
Mary M. Lisi
USDJ 1/25/06